**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known): _____    Chapter  7

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Westlake Property Holdings, LLC** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 83-1667581 |
| 4. | Debtor's address | **Principal place of business**  **1225 W Lake Street**  **Melrose Park, IL 60160**  Number, Street, City, State & ZIP Code  **Cook**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor   **Westlake Property Holdings, LLC**                    Case number (*if known*) _____
         <sub>Name</sub>

**7. Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Pipeline- Westlake Hospital, LLC** | Relationship | **Affiliate** |
| District | **Delaware** | When _____ | Case number, if known _____ |

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 2

Debtor     **Westlake Property Holdings, LLC**                                    Case number (*if known*) _____
           Name

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Westlake Property Holdings, LLC**                                    Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 6, 2019**
              MM / DD / YYYY

X  _/s/ James Edwards_                                **James Edwards**
   Signature of authorized representative of debtor    Printed name

Title   **CEO of SRC Hospital Investments II, LLC**

**18. Signature of attorney**

X  _/s/ Jeffrey R. Waxman_                            Date  **August 6, 2019**
   Signature of attorney for debtor                         MM / DD / YYYY

**Jeffrey R. Waxman 4159**
Printed name

**Morris James LLP**
Firm name

**500 Delaware Avenue, Suite 1500**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 888-6800**        Email address  **jwaxman@morrisjames.com**

**4159 DE**
Bar number and State

# JOINT ACTION BY UNANIMOUS WRITTEN CONSENT OF THE MEMBERS AND SOLE MANAGER OF WESTLAKE PROPERTY HOLDINGS, LLC

## JULY 30, 2019

The undersigned, representing all of the members (the "Members") and the sole manager (the "Manager") of **WESTLAKE PROPERTY HOLDINGS, LLC**, a Delaware limited liability company (the "Company"), in lieu of a meeting, do hereby consent to the taking of the following actions and do hereby adopt the following resolutions by written consent in accordance with the applicable provisions of the Delaware Limited Liability Company Act, as amended from time to time:

I. **Voluntary Petition Under the Provisions of Chapter 7 of the United States Bankruptcy Code**

RESOLVED, that the Members and the Manager have determined that it is desirable and in the best interests of the Company that the Company file or cause to be filed a voluntary petition for relief (a "Bankruptcy Case") under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and it is further

RESOLVED, that for purposes of these resolutions, the "Authorized Persons" of the Company shall be the officers of the Company, together with any other person or persons hereafter designated by the Company; and it is further

RESOLVED, each Authorized Person is authorized and empowered to execute and file on behalf of the Company a voluntary petition for relief under the Bankruptcy Code in the Bankruptcy Court and all exhibits and schedules related thereto; and it is further

RESOLVED, that the Authorized Persons, acting alone or with one or more other Authorized Persons be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all other petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any and all actions which they deem necessary and proper in connection with the Bankruptcy Case and any action necessary to maintain the ordinary course operation of the Company's business; and it is further

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and directed to retain and employ the law firm Morris James LLP ("Bankruptcy Counsel") as bankruptcy counsel to represent and assist the Company in carrying out its duties under

the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements or engagement letters, pay appropriate retainers prior to and immediately upon filing of the Bankruptcy Case and cause to be filed an appropriate application for authority to retain the services of Bankruptcy Counsel; and it is further

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements or engagement letters, pay appropriate retainers prior to or immediately upon the filing of the Bankruptcy Case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

II.  **Further Actions and Prior Actions**

RESOLVED, that the Authorized Persons of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is finally

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

*[Signature Pages Follow]*

IN WITNESS WHEREOF, the undersigned, representing all of the Members and the sole Manager of the Company, have executed this Joint Action by Unanimous Written Consent as of the date first written above.

**MEMBERS:**

**TWG PARTNERS, LLC**

By: _____
Name: Eric Whitaker
Title: Authorized Signatory

**SRC HEALTHCARE INVESTMENTS I, LLC**

By: _____
Name: Nicholas Orzano
Title: Authorized Signatory

**MOKULEIA, LLC**

By: _____
Name: Mark Bell
Title: Authorized Signatory

_____
JIM EDWARDS

_____
ROBERT HEINEMEIER

**SNOW LOTUS, LLC**

By: _____
Name: Vincent Green
Title: Authorized Signatory

*Signature Page to Action by Written Consent for Westlake Property Holdings, LLC*

**MANAGER**:

**SRC HEALTHCARE INVESTMENTS I, LLC**

By: _____
Name: Nicholas Orzano
Title: Authorized Signatory

*Signature Page to Action by Written Consent for Westlake Property Holdings, LLC*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re   **Westlake Property Holdings, LLC**                                    Case No. _____
                                    Debtor(s)                                  Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                              $    300,000.00
   Prior to the filing of this statement I have received                    $     70,465.49
   Balance Due                                                              $    229,534.51

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **$300,000 paid by othe Debtor, Pipeline - Westlake Hospital, LLC for the preparation of and filing of bankruptcy petitions and related documents for both cases.**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 6, 2019**
Date

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman 4159
*Signature of Attorney*
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800  Fax: (302) 571-1750
jwaxman@morrisjames.com
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Westlake Property Holdings, LLC, | Case No. 19-_____ (____) |
| Debtor. | |

**FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable Judges of the Court to evaluate possible disqualification or recusal, counsel for Debtor, Westlake Property Holdings, LLC (the "Debtor"), states that the Debtor is a wholly-owned subsidiary of SRC Hospital Investments II, LLC.

Dated: August 6, 2019             **MORRIS JAMES LLP**

/s/ Jeffrey R. Waxman
Jeffrey Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
Email:     jwaxman@morrisjames.com
           emonzo@morrisjames.com
           bkeilson@morrisjames.com

*Counsel for Debtor*

11094798/1