# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| WESTLAKE PROPERTY HOLDINGS, LLC, | : | Case No. 19-11756 (KBO) |
| Debtor. | : | |
| In re: | : | Chapter 7 |
| PIPELINE – WESTLAKE HOSPITAL, LLC d/b/a WESTLAKE HOSPITAL, | : | Case No. 19-11757 (KBO) |
| Debtor. | : | |

## AGENDA FOR FIRST DAY HEARING SCHEDULED FOR AUGUST 6, 2019 AT 3:30 P.M. (ET) AND INDEX OF FIRST DAY PLEADINGS[1]

A. Voluntary Petitions

1. Westlake Property Holdings, LLC

2. Pipeline – Westlake Hospital, LLC d/b/a Westlake Hospital

B. First Day Declarations

3. Declaration of James Edwards in Support of First Day Relief [Docket No. 6, filed August 6, 2019]

C. First Day Motions

4. Debtors' Motion for Interim and Final Orders (I) Authorizing the Trustee to Continue Operating the Debtors' Businesses Pursuant to 11 U.S.C. Section 721 through and including August 13, 2019, without Prejudice to Such Further Extension as May Be Requested by the Chapter 7 Trustee, (II) Authorizing the Payment of Certain Prepetition Employee Claims, (III) Authorizing the Setoff of Certain Prepetition and Postpetition Claims, and (IV) Scheduling a Final Hearing to Consider an Extension of the Interim Operating Period [Docket No. 4; filed August 6, 2019]

---

[1] The first day hearing will take place before the Honorable Karen B. Owens, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware.

5.  Pipeline-Westlake Hospital, LLC d/b/a Westlake Hospital's Motion for Entry of An Order Authorizing It to File Certain Portions of Its Creditor Matrix, Schedules and Statements, and Related Documents Containing Employee Information Under Seal [Docket No. 5; filed August 6, 2019]

Dated:  August 6, 2019

**MORRIS JAMES LLP**

/s/ Jeffrey R. Waxman
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

Counsel to the Debtors